IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:13-CV-1-H

| | |
|---|---|
| JOYCE LONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

On June 18, 2013, an order was entered in this action requiring the plaintiff to show cause why her claims against Experian Information Solutions, Inc. ("Experian"), the sole remaining defendant, should not be dismissed with prejudice. On July 2, 2013, plaintiff filed a purported Stipulation of Dismissal <u>with prejudice</u> of "all matters in dispute between the parties to the above entitled cause," which was signed only by plaintiff. Plaintiff also submitted a proposed order dismissing the action with prejudice.

Plaintiff having failed to show cause why her claims against Experian should not be dismissed with prejudice and plaintiff having indicated an intent to dismiss her claims with prejudice upon filing the purported Stipulation of Dismissal, the court hereby ORDERS that plaintiff's claims against Experian

shall be DISMISSED WITH PREJUDICE. The clerk is directed to close this case.

This 11th day of July 2013.

*[signature]*
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31